# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00626-CV

**Susan Combs, Comptroller of Public Accounts of the State of Texas, and Greg Abbott, Attorney General of the State of Texas, Appellants**

**v.**

**Budget PrePay, Inc. , Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-11-001189, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Per Curiam

Appellants Susan Combs, Comptroller of Public Accounts of the State of Texas, and Greg Abbot, Attorney General of the State of Texas have filed an unopposed motion to abate this appeal pending consummation of settlement. Accordingly, we grant the motion and abate the appeal for 60 days from the date of this order or until further order of this Court. All appellate deadlines will be tolled during the period of abatement. Absent further order of this Court, this appeal will be automatically reinstated after the 60 day period.

Before Chief Justice Jones, Justices Rose and Goodwin

Abated

Filed:   November 20, 2014